UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV213-153 |
| WELLS FARGO ACCOUNT ENDING XXXX4896, VALUE: $2,107.92; | ) ) | |
| | ) | |
| WELLS FARGO ACCOUNT ENDING XXXX6963, VALUE: $97.73; | ) ) | |
| | ) | |
| WELLS FARGO ACCOUNT ENDING XXXX6618, VALUE: $1,213.08; | ) ) | |
| | ) | |
| FIRST BANK OF GEORGIA ACCOUNT ENDING XXXX4727, VALUE: $2,425.65, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Presently pending before the Court is the United States' Combined Motion to Unseal and Dismiss. Having reviewed and considered the motion, the Court finds good cause to unseal and dismiss the defendants *in rem* that were forfeited in the related criminal case, *United States v. Paul Spencer Ruble*, Case No. CR216-22.

It is hereby ORDERED that the Government's motion is GRANTED and the case is UNSEALED. It is FURTHER ORDERED that the following four defendants *in rem* are DISMISSED pursuant to Fed. R. Civ. P. 41(a)(2):

a. Wells Fargo Account Ending XXXX4896, Value $2,107.92;

b. Wells Fargo Account Ending XXXX6963, Value $97.93;

   c. Wells Fargo Account Ending XXXX6618, Value $1,213.08; and

   d. First Bank of Georgia Account Ending XXXX4727, Value $2,425.65

The Clerk is instructed to CLOSE this case.

ORDER ENTERED at Brunswick, Georgia, this 14 day of June, 2017.

---

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA